NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DONALD E. WILSON, DOC #T51531,       )
                                     )
                Appellant,           )
                                     )
v.                                   )        Case No. 2D17-3894
                                     )
STATE OF FLORIDA,                    )
                                     )
                Appellee.            )
_____      )

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Wayne S.
Timmerman, Senior Judge.

Donald E. Wilson, pro se.


PER CURIAM.


          Affirmed.


CASANUEVA, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.